UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JORGE LUIS MEJIA**                                                                    **PLAINTIFF**

v.                                                    **CIVIL ACTION NO. 3:10CV-P771-C**

**JEFF TINDALL et al.**                                                              **DEFENDANTS**

### MEMORANDUM OPINION

The plaintiff, Jorge Luis Mejia, initiated this civil action under 42 U.S.C. § 1983.  Upon filing the instant action, he assumed the responsibility to keep this court advised of his current address and to actively litigate his claims.  *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel.  Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The court sent an order to the plaintiff on March 22, 2011.  That mailing was returned by the United States Postal Service marked "Return to Sender; Inmate No longer Here."  Because the plaintiff has not advised the court of a change of address, neither notices from this court nor filings by the remaining defendant in this action can be served on the plaintiff.  In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).  Because it appears

that the plaintiff has abandoned any interest in prosecution of this case, the court will dismiss his claims by separate order.

<u>The clerk of court is directed to send to the plaintiff and to the remaining defendant, Oldham County Jail, a copy of this memorandum opinion.</u>

Signed on  September 2, 2011

**Jennifer B. Coffman, Judge**
**United States District Court**